STATE OF NEW JERSEY v. EMORY JOHNSON.

October 24, 1978. Petition for certification denied.

IN THE MATTER OF GARY DOUGHTY, AN INFANT, THROUGH HIS GUARDIAN AND TRUSTEE, VERLIA DOUGHTY.

October 24, 1978. Petition for certification granted. (See 160 *N. J. Super.* 126)

STATE OF NEW JERSEY v. JAMES MC COMBIE.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD WALENCIEWICZ.

October 24, 1978. Petition for certification denied.

RONALD BROOKS v. GARY J. HILTON.

October 24, 1978. Petition for certification denied.

PETER LEWIN v. MARTIN FOODS INTERNATIONAL, INC.

October 24, 1978. Petition for certification denied.